IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                              CASE. NO. 3:97CR00137-05 (DRD)

NELSON MALDONADO-RODRIGUEZ

* * * * * * * * * * * * * * * *

MOTION NOTIFYING VIOLATIONS OF
SUPERVISED RELEASE CONDITIONS

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, presenting an official report upon the conduct and attitude of offender, Nelson Maldonado-Rodríguez, who on June 30, 1998, was sentenced to serve a forty-six (46) month imprisonment term followed by a five (5) year supervised release term after he plead guilty of violating Title 21 U.S.C. §§ 846 and 853(a). The offender was also ordered to provide financial disclosure and pay a special monetary assessment in the amount of $100.

      **RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

      The offender was released from custody on October 19, 2001 and had been in compliance until he incurred in the following violations:

      **STANDARD CONDITIONS - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME, AND SHALL OBSERVE THE STANDARD CONDITIONS OF PROBATION RECOMMENDED BY THE UNITED STATES SENTENCING COMMISSION AND ADOPTED BY THIS COURT." AND "THE**

**DEFENDANT SHALL NOT POSSESS ANY CONTROLLED SUBSTANCES, FIREARMS OR OTHER DANGEROUS WEAPON."**

On January 21, 2005, the offender was convicted in the U. S. District Court for the District of Puerto Rico under Criminal Case No. 03:00195-01(PG).  He was sentenced to serve an imprisonment term of thirty-seven (37) months to be followed by a supervised release term of three years after he pleaded guilty to violating Title 18:922(g)(1).

**WHEREFORE**,  I declare under a penalty of perjury that the foregoing is true and correct.  In lieu of the aforementioned, it is respectfully requested that  the Warden at the Metropolitan Detention Center in Guaynabo, PR be ordered to release the offender to the custody of the U.S. Marshal Service so that he may be brought before this court for an order to show cause hearing. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16 day of March 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S.Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

YVO/

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March    , 2005, I electronically filed the foregoing motion with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Antonio Bazán, Assistant U.S. Attorney, and Marlene Aponte, Esq.

In San Juan, Puerto Rico, this 16 of March 2005.

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov
