**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> vs <br><br> **Nelson Maldonado-Rodríguez,** | **CASE. NO. 97:00137-05 (DRD)** |

### *ORDER TO SHOW CAUSE*

Upon petition of Yvette Villegas-Otero, U.S. Probation Officer of this Honorable Court, alleging that the offender, Nelson Maldonado-Rodríguez, has failed to comply with his conditions of supervised release, it is

**ORDERED** that the offender appear before this Court on _____, 2005 at _____ to show cause, if there be any reason why his supervised release term should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing; releasee will be entitled:

1. **To the disclosure of evidence against him.**
2. **To present evidence in his own behalf.**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel.**

The Clerk shall issue a Writ of Habeas Corpus ordering the Warden of the Metropolitan Detention Center in Guaynabo, PR, to release Mr. Maldonado-Rodríguez to the custody of the U.S. Marshal Service, so that he may be brought before this court. A copy of the order shall be provided to counsel for the offender and for the government.

**IT IS SO ORDERED.**

In San Juan, P.R. this _____ day of _____ 2005.

_____
Daniel R. Domínguez
U.S. District Judge