IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| U.S.A.<br><br>Plaintiff,<br><br>v.<br><br>[5] NELSON MALDONADO RODRIGUEZ<br><br>Defendant. | CRIMINAL 97-137 (DRD) |

### ORDER

The Motion notifying violations of supervised release conditions filed on March 16, 2005 by the U.S. Probation Officer (Docket No. 241) is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order the revocation and for report and recommendation.

The Clerk of the Court shall issue the corresponding Writ of Habeas Corpus Ad Prosequendum forthwith to release Nelson Maldonado Molina to the custody of the U.S. Marshal Service, and notify counsel for release, and for the government with copy of this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of March 2005

s/ *DANIEL R. DOMÍNGUEZ*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE