# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Start: 2:05 p.m.
End : 2 :10 p.m.

MINUTES OF PROCEEDINGS                DATE: 4-13-05

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ        CR. 97-137-05 (DRD)

C. REPORTER : FTR

INT : HILDA GUTIERREZ
================================================================

UNITED STATES OF AMERICA         AUSA- EVELYN CANALS

Plaintiff(s)

V.

NELSON MALDONADO-RODRIGUEZ    AFPD- MARIA T. ARSUAGA
                              ALBERTO MARINI

Defendant(s)
================================================================

CASE CALLED FOR ORDER TO SHOW CAUSE HEARING. Defendant appears before the Court based on Writ of Habeas Corpus ad Prosequendum issued by Magistrate Judge Gelpí on April 13, 2005. Arguments by both parties heard. After hearing the parties Magistrate Gelpí ordered that defendant's conditions of supervised release shall be revoked. Case is referred to Honorable Judge Domínguez for final revocation hearing.

S/ Carlos J. Rodríguez
Deputy Clerk