# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: April 26, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 97-137-05 (DRD)** |
| COURT REPORTER: Donna W. Dratwa | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Yvette Villegas |

================================================================

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| vs. | |
| NELSON MALDONADO RODRIGUEZ | Victor GONZALEZ, AFPD. |

================================================================

The defendant is present in court. He is  X  under custody  __ released.

CASE CALLED FOR FINAL REVOCATION HEARING. The Court vacates the term of imprisonment of twenty-four months imposed yesterday because the guideline imprisonment range is from four (4) to ten (10) months, based of a Grade B violation, and a Criminal History Category of I, instead of guideline imprisonment range from twenty-four (24) to thirty (30) months based on a Grade A violation and a Criminal History Category of I. The Court, after arguments heard found that the offender violated the conditions of the imposed supervised release term by engaging in new criminal activity, and failing to notify the U.S. Probation Officer of his arrest within seventy-two (72) hours as required as cited in the motion filed by the U.S. Probation Officer on March 16, 2005 (Docket No. 241). Therefore, the supervised release term imposed on June 30, 1998 is hereby revoked.

```
Cr. 97-137-05 (DRD)                Page 2
```

**IT IS THE JUDGMENT OF THE COURT** as to violation Standard condition.

Imprisonment for a total term of **Ten (10) MONTHS to be served consecutively to the sentence imposed in Cr. 03-195-01 (PG) on January 21, 2005.**

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

The defendant is remanded to the custody of the United States Marshal.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk