AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

Nelson MALDONADO-RODRIGUEZ

Case Number:    97-CR-137-05 (DRD)
USM Number:    16004-069

Victor Gonzalez Bothwell, Esq. AFPD.
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Standard Condition  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | The offender was convicted in the U.S. District Court in Cr. 03-195 (PG). while in supervised release. | January 21, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  NNN-NN-4641

Defendant's Date of Birth:  03/10/1964

April 26, 2005
Date of Imposition of Judgment

S/ DANIEL R. DOMINGUEZ
Signature of Judge

Defendant's Residence Address:

Res. Martinez Nadal

Bldg. G Apt. 49

Guaynabo, PR 00969

DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE
Name and Title of Judge

April 26, 2005
Date

Defendant's Mailing Address:
UNDER CUSTODY

4/27/05

A/cs: 2 USM, 1 MDC
S/cs: USM, USPO, PTSO, FC

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: Nelson MALDONADO-RODRIGUEZ
CASE NUMBER: 97-CR-137-05 (DRD)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Ten (10) MONTHS to be served consecutively to the sentence imposed in Cr. 03-195-01 (PG) on January 21, 2005.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ a _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

*[Certification stamp: Certified to be a true & exact copy of the document or an authorized electronic docket entry on file. FRANCES RIOS DE MORAN, CLERK, U.S. District Court for the District of Puerto Rico. By: [signature] Deputy Clerk. Date: 6/27/05]*

Defendant delivered on  A06  2/17/05  to  MDC GUA
a  PR  with a certified copy of this judgment.

_Ricardo E Chang, Warden_
UNITED STATES MARSHAL

By _[signature] Maria D. LTE_
DEPUTY UNITED STATES MARSHAL