AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CASE NUMBER: **CR 97-137(DRD)**

**FUNDADOR MORENO-MEDINA**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

October 17th, 2007          *s// Olga Castellón*
Date                        Olga Castellón - #223701
                            Special Assistant U.S. Attorney
                            Torre Chardón Bldg., Suite 1201
                            #350 Carlos Chardón Avenue
                            Hato Rey, Puerto Rico  00918
                            Tel. (787) 766-5656


### CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 17th day of October, 2007.

*s//Olga Castellón*
Olga Castellón - #223701
Special Assistant U.S. Attorney